**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2564**

DARDRIE ROZZELLE,

              Plaintiff - Appellant,

         v.

UNIVERSITY OF NORTH CAROLINA; BANITA BROWN; ALISON WALSH;
MARIA DELGADILLO; ALLISON STEDMAN,

              Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Max O. Cogburn, Jr.,
District Judge.  (3:15-cv-00050-MOC-DSC)

Submitted:  April 21, 2016          Decided:  April 25, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dardrie Rozzelle, Appellant Pro Se.  Melissa Lou Trippe, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dardrie Rozzelle appeals the district court's order denying her postjudgment motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rozzelle v. Univ. of N.C., No. 3:15-cv-00050-MOC-DSC (W.D.N.C. Dec. 7, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED